20-22817

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CASE NO.** __3:21-CV-16-CHB__

***ELECTRONICALLY FILED***

| | | |
|---|---|---|
| CHASITY STUCKER | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| CHASITY STUCKER, | ) | |
| AS NEXT FRIEND OF "A.F." | ) | |
| | ) | |
| PLAINTIFFS | ) | |
| | ) | |
| v. | ) | Removed from Jefferson Co. Circuit Court |
| | ) | Civil Action No. 20-CI-007126 |
| OFFICER MIKE THOMPSON | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| UNKNOWN INDIVIDUAL POLICE | ) | |
| OFFICER | ) | |
| | ) | |
| DEFENDANTS | ) | |

**DEFENDANT, OFFICER MIKE THOMPSON'S NOTICE OF REMOVAL**
**UNDER 28 U.S.C § 1441 (a) and (c)**

\*\*\*   \*\*\*   \*\*\*

Comes the Defendant, Officer Mike Thompson, by and through his undersigned counsel, and hereby notifies this Court that the above-captioned matter has been removed from the Jefferson Circuit Court, Jefferson County, Kentucky, Civil Action No.: 20-CI-007126, to the United States District Court for the Western District of Kentucky, on the following basis:

1.    This action was originally filed December 10, 2020, by the Plaintiffs Chasity Stucker and Chasity Stucker, As Next Friend of "A.F.", in the Jefferson Circuit Court, Jefferson County, Kentucky, naming as Defendants Officer Mike Thompson, Individually and In His

Official Capacity as a Police Officer for the Shively Police Department and Unknown Individual Police Officer, Individually and in His Official Capacity as a Police Officer for the Shively Police Department.

2.     Upon information and belief, the Plaintiffs' Complaint and Summons were served on at least one Defendant on December 16, 2020.

3.     Pursuant to 28 U.S.C. § 1446(b), removal is now timely.

4.     Pursuant to 28 U.S.C. § 1446(a), a copy of the entire state Circuit Court Case file, including process and pleadings served upon the Defendants, is attached hereto **as collective Exhibit A.**

5.     Pursuant to 28 U.S.C. §1441(a), the Defendant may remove to the District Court of the United States, for the district and division embracing the place where such action is pending, any civil action brought in a state court of which the district courts of the United States have original jurisdiction. Pursuant to 28 U.S.C. §1441(b), any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution or laws of the United States shall be removable without regard to the citizenship or residence of the parties.

6.     In their Complaint Plaintiff's bring both Federal and State claims stating that the above recited actions of Defendants in depriving Ms. Stucker of her Constitutionally protected rights were done with an evil motive, and/or with reckless disregard for the truth and with reckless indifference to her rights, including with fraud, oppression and malice as contemplated by Kentucky and Federal law, effectively Plaintiff is seeking a claim for depravation of rights under 42 U.S.C. § 1983.

7.      By virtue of 28 U.S.C. § 1331 and § 1343(a), the United States District Court has original jurisdiction of any civil action for a claim under 42 U.S.C. § 1983. Section 1983 does not expressly prohibit removal and the existence of concurrent jurisdiction in the state court over claims under 42 U.S.C. §1983 is insufficient, standing alone, to defeat the right of removal granted the Defendant under 28 U.S.C. § 1441

8.      By virtue of the foregoing, the Defendant City hereby removes this action to the United States District Court for the District of South Carolina, Columbia Division.

9.       This Court has supplemental jurisdiction over the Plaintiff's state law claims which derive from a common nucleus of operative fact with the Federal law claims. United Mine *Workers v. Gibbs*, 383 U.S. 715, 86 S.Ct. 1130, 16 L.E.2d 218 (1966).

10.     Contemporaneously with this filing, Defendant is serving on all parties of record the Notice of Removal from State to Federal Court which has been filed with the Jefferson Court pursuant to 28 U.S.C. § 1446(d).  A copy of this Notice of Removal to Federal Court is attached hereto as **Exhibit B.**

11.     Defendant is a person and filing a Corporate Disclosure Statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, is not required.

**WHEREFORE,** Defendant, Officer Mike Thompson, respectfully requests and notifies this Court of removal of this case from Jefferson Circuit Court, Jefferson County, Kentucky to the United States District Court, Western District of Kentucky.

Respectfully submitted,

/s/ Neil P. Baine
Hon. Carmen C. Sarge
Hon. Neil P. Baine

3

Rolfes Henry Co., LPA
10200 Forest Green Blvd., Suite 602
Louisville, Kentucky 40223
502.371.4000
502.371.4009 (Fax)
csarge@rolfeshenry.com
nbaine@rolfeshenry.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2021, a true and accurate copy of the foregoing was served, via the Court's electronic filing system:

Shaun A. Wimberly, Sr.
Wimberly & Associates, PLLC
325 West Main Street
Suite 1816 Waterfront Plaza
Louisville, KY 40202
*Counsel for Plaintiffs*

/s/  Neil P. Baine
Neil P. Baine

4